DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RON ROTHSTEIN,**
Appellant,

v.

**THE PORT CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D22-1731

[March 30, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE20-005727.

Ron Rothstein, Fort Lauderdale, pro se.

Tamar Duffner Shendell of Shendell & Associates, P.A., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***